WILLIAM M. KUNTZ  # 153052  
Attorney at Law  
4780 Arlington Avenue  
Riverside, CA 92504  
(951) 343-3400  
Fax (951) 343-4004  
E-Mail: KuntzSSlaw @sbcglobal.net  
Attorney for Plaintiff

UNITED STATES DISTRICT COURT  
FOR THE CENTRAL DISTRICT OF CALIFORNIA  
EASTERN DIVISION

| | |
|---|---|
| ALMA YOLANDA VASQUEZ, | CASE NO.: EDCV 19-01582 SHK |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| ANDREW M. SAUL[1], Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND EIGHT HUNDRED THIRTY-SIX DOLLARS and 25/cents ($2,836.25), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: July 31, 2020

_____  
HONORABLE SHASHI H. KEWALRAMANI  
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew M. Saul is now the Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew M. Saul should be substituted for Acting Commissioner Nancy A. Berryhill as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).